JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL QUBADI, | ) CASE NO. CV 11-06560 MMM (PJWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| Defendant. | ) |

On January 6, 2011, the court entered an order granting in part and denying in part defendant's motion to dismiss, and granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1.   That plaintiff Abdul Qubadi takes nothing by way of his complaint against United States Citizenship and Immigration Services ("USCIS");

2.   That the action be, and it hereby is, dismissed insofar as it brings any claim seeking to compel the government to grant Qubadi an adjustment of status to lawful permanent resident for lack of subject matter jurisdiction.  The action is dismissed on the

1   merits insofar as Qubadi seeks to compel the government to adjudicate his adjustment

2   application in a reasonable time period.  This dismissal, however, is without prejudice to

3   Qubadi's right to file a new action challenging further delay as unreasonable should there

4   be a factual basis for such a challenge.

5

6   DATED: January 6, 2011                    _____

7                                             MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28